**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**CHARLES JAMES ATCITTY,**

    **Plaintiff,**

**v.**                                                                                                   **No. 20-cv-0515 LF/SMV**

**UNITED STATES OF AMERICA,**

    **Defendant.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed his original Complaint on May 28, 2020. [Doc. 1] at 1. Plaintiff had 90 days from filing the original Complaint, or until August 26, 2020, to effect service of process.[1] Fed. R. Civ. P. 4(m) (2015). To date, there is no indication on the record that service of process has been effected.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why his claims against the United States should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Plaintiff must file his response no later than October 6, 2020.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The filing of Plaintiff's Amended Complaint [Doc. 5] on July 1, 2020, does not change this deadline, because no new defendant was named in the amended pleading. *See Bolden v. City of Topeka*, 441 F.3d 1129, 1148–49 (10th Cir. 2006) (explaining that "'service . . . upon a defendant within [90] days after the filing of the complaint,' . . . refer[s] to filing of the first version of the complaint naming the particular defendant to be served").