## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CHARLES JAMES ATCITTY,

      Plaintiff,

      v.                                    Cause No. 1:20-cv-00515-LF-SMV

THE UNITED STATES OF AMERICA,

      Defendant.

### ENTRY OF APPEARANCE

Joseph M. Romero hereby enters his appearance on behalf of the Plaintiff in the above-entitled cause of action.  Copies of all pleadings, Orders and any other documents filed or transmitted in this case should be served Joseph M. Romero, co-counsel for Plaintiff.

      Electronically submitted,

      JOSEPH M. ROMERO LAW

      By: /s/ Joseph M. Romero
      Joseph M. Romero
      P.O. Box 27579
      Albuquerque, NM 87125-7579
      (505) 433-1642
      joe@romerolawnm.com
      *Attorney for Plaintiff*

I HEREBY CERTIFY that on the 21st day of October, 2020, I filed
the foregoing electronically through the CM/ECF system, which
caused all parties or counsel to be served by electronic
means, as more fully reflected on the Notice of Electronic Filing:


/s/ Joseph M. Romero
Joseph M. Romero

2