IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES JAMES ATCITTY,

    Plaintiff,

v.                                                                           No. CIV 20-0515 JB/SMV

UNITED STATES OF AMERICA,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court following a review of the Joint Status Report and Provisional Discovery Plan, filed May 24, 2021 (Doc.31), the Court adopts the Joint Status Report and Provisional Discovery Plan except as modified by the Scheduling Order (Doc. 33), and rulings provided at the Scheduling Conference held May 26, 2021.

_____
UNITED STATES DISTRICT JUDGE