IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLES JAMES ATCITTY,

    Plaintiff,

v.                                                  No. 1:20-cv-0515 DHU/DLM

THE UNITED STATES OF AMERICA,

    Defendants.

### ORDER SETTING STATUS CONFERENCE

    **THIS MATTER** comes before the Court sua sponte. The Court will conduct a telephonic Status Conference on **Thursday, April 13, 2023, at 10:30a.m. MDT** to discuss setting a settlement conference. Counsel shall call 877-336-1831 and enter access code 2038522 to be connected to the conference.

    **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
U.S. MAGISTRATE JUDGE