IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLES JAMES ATCITTY,

    Plaintiff,

v.                                              No. 1:20-cv-0515 DHU/DLM

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER SETTING EXPEDITED BRIEFING AND HEARING

**THIS MATTER** is before the Court on receipt of Defendant United States of America's settlement letter (received via email per Doc. 52) and Motion to Postpone Settlement Conference (Doc. 56). The Court finds the following settings should be imposed.

**IT IS ORDERED** that the parties shall submit expedited briefing on the Motion to Postpone. Plaintiff shall file a response brief no later than **Monday, July 10, 2023**. Defendant shall file a reply brief no later than **Friday, July 14, 2023 at 12:00 p.m.** In the reply brief, the United States shall identify the individual with proper settlement authority that counsel for the United States spoke with concerning Plaintiff's June 1, 2023 settlement demand.

**IT IS FURTHER ORDERED** that the status conference scheduled for July 18, 2023, will now be converted to a hearing on the Motion to Postpone and will be conducted via Zoom video conferencing.[1] Chambers staff will email counsel instructions on how to connect to the Zoom conference.

    **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court may change this setting to an in-person status conference in Albuquerque and will file an amended notice if necessary.