| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | 1. REQUISITION NUMBER IHS1304793 | | PAGE 1 | OF 12 |
|---|---|---|---|---|
| 2. CONTRACT NO. V797D-30227 | 3. AWARD/ EFFECTIVE DATE 09/14/2016 | 4. ORDER NUMBER HHSI245201601711G | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME KERRI GILMORE | b. TELEPHONE NUMBER (No collect calls) 928-697-4026 | | 8. OFFER DUE DATE/LOCAL TIME |

| 9. ISSUED BY | CODE 25 | 10. THIS ACQUISITION IS [X] UNRESTRICTED OR [ ] SET ASIDE: ___ % FOR: |
|---|---|---|
| Kayenta Health Center<br>Acquisition Department<br>PO Box 368<br>Highway 160, Mile Post 394.3<br>Kayenta AZ 86033 | | [ ] SMALL BUSINESS<br>[ ] HUBZONE SMALL BUSINESS<br>[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS<br>WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM<br>[ ] EDWOSB<br>[ ] 8(A)<br>NAICS: 561320<br>SIZE STANDARD: $27.5 |

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS IHS NET 30P | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) [ ] | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION [ ] RFQ  [ ] IFB  [ ] RFP | |

| 15. DELIVER TO | CODE 25 | 16. ADMINISTERED BY | CODE 25 |
|---|---|---|---|
| KAYENTA HEALTH CENTER<br>U.S. HIGHWAY 160<br>SOUTH OF MILE POST 394.3<br>KAYENTA ARIZONA 86033 | | Kayenta Health Center<br>Acquisition Department<br>PO Box 368<br>Highway 160, Mile Post 394.3<br>Kayenta AZ 86033 | |

| 17a. CONTRACTOR/ OFFEROR | CODE 298265 | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE IHSNAVAJO |
|---|---|---|---|---|
| VISTA STAFFING SOLUTIONS INC 298265<br>VISTA STAFFING SOLUTIONS,, INC.<br>275 E 200 S<br>SALT LAKE CITY UT 841112002 | | | IHSNAVAJO<br>P.O. BOX 9020<br>WINDOW ROCK AZ 86515 | |
| TELEPHONE NO. | | | | |
| [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | | | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED  [X] SEE ADDENDUM | |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | This is a Task Order issued against VA Contract No. V797D-30227. The Contractor shall provide Emergency Department Physician Services for the Kayenta Health Center, Kayenta, AZ in accordance with the Performance Based Statement of Work.<br><br>INVOICE SUBMISSION:<br>The Contractor shall provide an original invoice In accordance with FAR 52.212-4 (g) to:<br>Kayenta Financial Management<br>P.O. Box 1276<br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA 2016.J54E480.25223 | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $785,850.00 |
|---|---|

| [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDEND | [ ] ARE | [ ] ARE NOT ATTACHED. |
|---|---|---|
| [X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA | [ ] ARE | [X] ARE NOT ATTACHED. |

| [X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | [ ] 29. AWARD OF CONTRACT: _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* *Margaret Shirley-Damon* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* MARGARET J. SHIRLEY-DAMON | 31c. DATE SIGNED 09/14/2016 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

Exhibit C-1

| 19. ITEM NO. | SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Kayenta, AZ 86033<br>Delivery: 12/31/2016<br>Appr. Yr.: 2016 CAN: J54E480 Object Class: 25223<br>Period of Performance: 08/01/2016 to 12/31/2016 | | | | |
| 1 | For the Provision of the Kayenta Health Center Emergency Department Physician Services<br><br>ALL INCLUSIVE HOURLY RATE<br>3720 Hours X $211.25 hourly rate = $785,850.00<br><br><br>Contracting Officer (CO): Kerri Gilmore, Contract Specialist, telephone #928-697-4026, Kerri.Gilmore@ihs.gov.<br>Contracting Officer (CO): is the only individual to authorize modifications to the purchase order and/or terms and conditions.<br><br>Per FAR Subpart 1.602-2(d), the CO determines that this order requires a Contracting Officer Representative (COR).<br>Contracting Officer Representative (COR): Charles Atcitty, Administrator Officer, telephone #928-697-4238, Charles.Atcitty@ihs.gov.<br>Contracting Officer Representative (COR): is primarily responsible for monitoring the<br>Continued ... | | | | 785,850.00 |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED   ☐ INSPECTED   ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 2/2012) BACK

Exhibit C-1

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED V797D-30227/HHSI245201601711G | | | | PAGE 3 | OF 12 |
|---|---|---|---|---|---|---|---|
| NAME OF OFFEROR OR CONTRACTOR VISTA STAFFING SOLUTIONS INC 298265 | | | | | | |

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | technical progress including surveillance and assessment of performance under this task order.<br><br>Supervisory Point of Contact (SPOC): Dr. Rhyne, telephone #928-697-4237, email address: Janelle.Rhyne@ihs.gov<br><br>****************************************************<br>52.232-18 Availability of Funds (APR 1984)<br>Funds are not presently available for this contract. The Government's obligation under this contract is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise until funds are made available to the Contracting Officer for this contract and until the Contractor receives notice of such availability, to be confirmed in writing by the Contracting Officer.<br><br>FAR 52.204-9    Personal Identity Verification of Contractor Personnel   (Jan 2011)<br><br>(a) The Contractor shall comply with agency personal identity verification procedures identified in the contract that implement Homeland Security Presidential Directive-12 (HSPD-12), Office of Management and Budget (OMB) guidance M-05-24 and Federal Information Processing Standards Publication (FIPS PUB) Number 201.<br><br>(b) The Contractor shall account for all forms of Government-provided identification issued to the Contractor employees in connection with performance under this contract. The Contractor shall return such identification to the issuing agency at the earliest of any of the following, unless otherwise determined by the Government:<br>    (1) When no longer needed for contract performance.<br>    (2) Upon completion of the Contractor employee's employment.<br>    (3) Upon contract completion or termination.<br>(c) The Contracting Officer may delay final payment under a contract if the Contractor fails<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53

Exhibit C-1

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED V797D-30227/HH   45201601711G | | | | | PAGE 4 | OF 12 |

NAME OF OFFEROR OR CONTRACTOR
VISTA STAFFING SOLUTIONS INC 298265

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | to comply with these requirements.<br>(d) The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts when the subcontractor's employees are required to have routine physical access to a Federally-controlled facility and/or routine access to a Federally-controlled information system. It shall be the responsibility of the prime Contractor to return such identification to the issuing agency in accordance with the terms set forth in paragraph (b) of this section, unless otherwise approved in writing by the Contracting Officer.<br><br>52.249-12 Termination (Personal Services) (APR 1984)<br>The Government may terminate this contract any time upon at least 15 days written notice by the Contracting Officer to the Contractor. The Contractor, with the written consent of the Contracting Officer, may terminate this contract upon at least 15 days written notice to the Contracting Officer.<br><br>Department of Health and Human Services Applicable Clauses:<br>HHSAR 352.224-71 Confidential Information (DEC 2015)<br>Clause:<br>(a) Confidential Information, as used in this clause, means information or data of a personal nature about an individual, or proprietary information or data submitted by or pertaining to an institution or organization.<br>(b) Specific information or categories of information that the Government will furnish to the Contractor, or that the Contractor is expected to generate, which are confidential may be identified elsewhere in this contract. The Contracting Officer may modify this contract to identify Confidential Information from time to time during performance.<br>(c) Confidential Information or records shall not be disclosed by the Contractor until:<br>(1) Written advance notice of at least 45 days shall be provided to the Contracting Officer of the Contractor's intent to release findings of<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Exhibit C-1

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>V797D-30227/HHS1245201601711G | | | PAGE<br>5 | OF<br>12 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VISTA STAFFING SOLUTIONS INC 298265

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | studies or research, to which an agency response may be appropriate to protect the public interest or that of the agency.<br>(2) For information provided by or on behalf of the government,<br>(i) The publication or dissemination of the following types of information are restricted under this contract: Patient information.<br>(ii) The reason(s) for restricting the types of information identified in subparagraph (i) is/are: HIPPA<br>(iii) Written advance notice of at least 45 days shall be provided to the Contracting Officer of the Contractor's intent to disseminate or publish information identified in subparagraph (2)(i). The contractor shall not disseminate or publish such information without the written consent of the Contracting Officer.<br>(d) Whenever the Contractor is uncertain with regard to the confidentiality of or a property interest in information under this contract, the Contractor should consult with the Contracting Officer prior to any release, disclosure, dissemination, or publication.<br><br>HHSAR 352.224.70 Privacy Act (December 18, 2015) This contract requires the Contractor to perform one or more of the following: (a) design; (b) develop; or (c) operate a Federal agency system of records to accomplish an agency function in accordance with the Privacy Act of 1974 (Act) (5 U.S.C. 552a(m)(1)) and applicable agency regulations.<br>The term system of records means a group of any records under the control of any agency from which information is retrieved by the name of the individual or by some identifying number, symbol, or other identifying particular assigned to the individual. Violations of the Act by the Contractor and/or its employees may result in the imposition of criminal penalties (5 U.S.C. 552a(i)).<br>The Contractor shall ensure that each of its employees knows the prescribed rules of conduct in 45 CFR part 5b and that each employee is aware that he/she is subject to criminal penalties for violation of the Act to the same extent as Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53

Exhibit C-1

Case 1:20-cv-00515-DHU-DLM   Document 62-6   Filed 09/08/23   Page 6 of 14

NAME OF OFFEROR OR CONTRACTOR
VISTA STAFFING SOLUTIONS INC 298265

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Department of Health and Human Services employees. These provisions also apply to all subcontracts the Contractor awards under this contract which require the design, development or operation of the designated system(s) of records (5 U.S.C. 552a(m)(1)). The contract work statement: (a) Identifies the system(s) of records and the design, development, or operation work the Contractor is to perform; and (b) Specifies the disposition to be made of such records upon completion of contract performance. 352.101      Definitions. (DEC 2015) 352.239-73    Electronic information and technology accessibility notice (DEC 2015)  352.237-70    Pro-Children Act.  (DEC 2015) (a)  Public Law 103-227, Title X, Part C, also known as the Pro-Children Act of 1994 (Act), 20 U.S.C. 7183, imposes restrictions on smoking in facilities where certain federally funded children's services are provided. The Act prohibits smoking within any indoor facility (or portion thereof), whether owned, leased, or contracted for, that is used for the routine or regular provision of: (i) kindergarten, elementary, or secondary education or library services or (ii) health or day care services that are provided to children under the age of 18. The statutory prohibition also applies to indoor facilities that are constructed, operated, or maintained with Federal funds.  (b)  By acceptance of this contract or order, the Contractor agrees to comply with the requirements of the Act. The Act also applies to all subcontracts awarded under this contract for the specified children's services. Accordingly, the Contractor shall ensure that each of its employees, and any subcontractor staff, is made aware of, understands, and complies with the provisions of the Act. Failure to comply with the Act may result in the imposition of a civil monetary penalty in an amount not to exceed $1,000 for each violation and/or the imposition of an administrative compliance order on the responsible entity. Each day a violation Continued ... | | | | |

Exhibit C-1

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>V797D-30227/HHS1245201601711G | | | PAGE<br>7 | OF<br>12 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VISTA STAFFING SOLUTIONS INC 298265

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | continues constitutes a separate violation.<br>352.237-71 Crime Control Act -Reporting of Child Abuse (DEC 2015).<br>(a) Public Law 101-647, also known as the Crime Control Act of 1990 (Act), imposes responsibilities on certain individuals who, while engaged in a professional capacity or activity, as defined in the Act, on Federal land or in a federally-operated (or contracted) facility, learn of facts that give the individual reason to suspect that a child has suffered an incident of child abuse.<br>(b) The Act designates "covered professionals" as those persons engaged in professions and activities in eight different categories including, but not limited to, teachers, social workers, physicians, dentists, medical residents or interns, hospital personnel and administrators, nurses, health care practitioners, chiropractors, osteopaths, pharmacists, optometrists, podiatrists, emergency medical technicians, ambulance drivers, alcohol or drug treatment personnel, psychologists, psychiatrists, mental health professionals, child care workers and administrators, and commercial film and photo processors. The Act defines the term "child abuse" as the physical or mental injury, sexual abuse or exploitation, or negligent treatment of a child<br>(c) Accordingly, any person engaged in a covered profession or activity under an HHS contract or subcontract, regardless of the purpose of the contract or subcontract, shall immediately report a suspected child abuse incident in accordance with the provisions of the Act. If a child is suspected of being harmed, the appropriate State Child Abuse Hotline, local child protective services (CPS), or law enforcement agency shall be contacted. For more information about where and how to file a report, the Childhelp USA, National Child Abuse Hotline (1-800-4-A-CHILD) shall be called. Any covered professional failing to make a timely report of such incident shall be guilty of a Class B misdemeanor.<br>(d) By acceptance of this contract or order, the Contractor agrees to comply with the requirements of the Act. The Act also applies to all<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Exhibit C-1

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED V797D-30227/HF 45201601711G | | | | PAGE 8 | OF 12 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VISTA STAFFING SOLUTIONS INC 298265

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | applicable subcontracts awarded under this contract. Accordingly, the Contractor shall ensure that each of its employees, and any subcontractor staff, is made aware of, understands, and complies with the provisions of the Act. | | | | |
| | 352.237-72 Crime Control Act -Requirement for Background Checks (DEC 2015) | | | | |
| | (a)  Public Law 101-647, also known as the Crime Control Act of 1990 (Act), requires that all individuals involved with the provision of child care services to children under the age of 18 undergo a criminal background check. "Child care services" include, but are not limited to, social services, health and mental health care, child (day) care, education (whether or not directly involved in teaching), and rehabilitative programs. Any conviction for a sex crime, an offense involving a child victim, or a drug felony, may be grounds for denying employment or for dismissal of an employee providing any of the services listed above. | | | | |
| | (b)  The Contracting Officer will provide the necessary information to the Contractor regarding the process for obtaining the background check. The Contractor may hire a staff person provisionally prior to the completion of a background check, if at all times prior to the receipt of the background check during which children are in the care of the newly-hired person, the person is within the sight and under the supervision of a previously investigated staff person. | | | | |
| | (c)  By acceptance of this contract or order, the Contractor agrees to comply with the requirements of the Act. The Act also applies to all applicable subcontracts awarded under this contract. Accordingly, the Contractor shall ensure that each of its employees, and any subcontractor staff, is made aware of, understands, and complies with the provisions of the Act. | | | | |
| | 352.237-74 Non-Discrimination in Service Delivery (DEC 2015) It is the policy of the Department of Health and Human Services that no person otherwise eligible Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Exhibit C-1

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED V797D-30227/HHS1245201601711G | | | | PAGE 9 | OF 12 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VISTA STAFFING SOLUTIONS INC 298265

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | will be excluded from participation in, denied the benefits of, or subjected to discrimination in the administration of HHS programs and services based on non-merit factors such as race, color, national origin, religion, sex, gender identity, sexual orientation, or disability (physical or mental). By acceptance of this contract, the contractor agrees to comply with this policy in supporting the program and in performing the services called for under this contract. The contractor shall include this clause in all sub-contracts awarded under this contract for supporting or performing the specified program and services. Accordingly, the contractor shall ensure that each of its employees, and any sub-contractor staff, is made aware of, understands, and complies with this policy. 352.237-75 Key Personnel (DEC 2015) The key personnel specified in this contract are considered to be essential to work performance. At least 30 days prior to the contractor voluntarily diverting any of the specified individuals to other programs or contracts the Contractor shall notify the Contracting Officer and shall submit a justification for the diversion or replacement and a request to replace the individual. The request must identify the proposed replacement and provide an explanation of how the replacement's skills, experience, and credentials meet or exceed the requirements of the contract (including, when applicable, Human Subjects Testing requirements). If the employee of the contractor is terminated for cause or separates from the contractor voluntarily with less than thirty days notice, the Contractor shall provide the maximum notice practicable under the circumstances. The Contractor shall not divert, replace, or announce any such change to key personnel without the written consent of the Contracting Officer. The contract will be modified to add or delete key personnel as necessary to reflect the agreement of the parties. Health Insurance Portability and Accountability Act (HIPAA) The Indian Health Service (IHS) is required to comply with HIPAA in the provision of health care Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Exhibit C-1

Case 1:20-cv-00515-DHU-DLM   Document 62-6   Filed 09/08/23   Page 10 of 14

NAME OF OFFEROR OR CONTRACTOR
VISTA STAFFING SOLUTIONS INC 298265

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | to IHS patients. HIPAA was implemented by the U.S. Department of Health and Human Services, Office of Civil Rights, under the Code of Federal Regulations, Part 160 and 164. Accordingly, all health care providers, including contracted health care providers are required to comply with HIPAA requirements (Full text will be furnished upon request). | | | | |
| | Additional Applicable Federal Acquisition Clauses: 52.212-4 Contract Terms and Conditions-Commercial Items (May 2015) 52.202-1 Definitions (Nov 2013) 52.223-18 Encouraging Contractor Policies to Ban Text Messaging While Driving (Aug 2011) 52.243-1 Changes ? Fixed Price (Aug 1987) 52.237-2 Protection of Government Buildings, Equipment, and Vegetation (APR 1984) 52.204-7 System Award Management (Jul 2013) 52.232-33 Payment by Electronic Funds Transfer - System for Award Management (Jul 2013) 52.224-1 Privacy Act Notification (Apr 1984) 52.224-2 Privacy Act (Apr 1984) 52.229-3 Federal, State, and Local Taxes (Feb 2013) 52.237-3 Continuity of Services (Jan 1991) 52.249-4 Termination for Convenience of the Government (Apr 1984) (services) (short form) 52.249-8 Termination for Default (Fixed-Price Supply and Services) Apr 1984 52.237-7 Indemnification and Medical Liability Insurance (Jan 1997) | | | | |
| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* NOTE TO VENDOR: Please reference the Task Order Number listed in Block #4 on all invoices related to this order. | | | | |
| | Contact Kerri Gilmore regarding information on this order at (928) 697-4023. | | | | |
| | Contact Lucy Todacheene regarding payment(s) on this order at (928) 697-4386. | | | | |
| | INVOICE SUBMISSION: The Contractor shall provide an original invoice In accordance with FAR 52.212-4 (g) to: Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED V797D-30227/HHSI245201601711G | | | PAGE 11 | OF 12 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VISTA STAFFING SOLUTIONS INC 298265

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Kayenta Financial Management<br>P.O. Box 1276<br>Kayenta, AZ 86033<br><br>Additionally, the Contractor is required to include its Data Universal Numbering System (DUNS) number on each invoice. For additional information about the Dun & Bradstreet (D&B) DUNS number, please visit http://fedgov.dnb.com/webform.<br><br>Invoices shall be submitted in accordance with the contract terms, i.e. payment schedule, progress payments, partial payments, deliverables, etc.<br><br>All information set forth in FAR Clause 52.212-4(g), Invoice, must be included in all invoices for it to constitute a proper invoice.<br><br>In accordance with OMB Memorandum, M-11-32, Agencies shall make payments to small businesses as soon as practicable, with the goal of making payments within 15 days of receipt of a proper invoice. If a small business contractor is not paid within this (15 day) accelerated period, the contractor will not be given a late-payment interest penalty. Interest penalties, as prescribed by the Prompt Payment Act, remain unchanged by means of this memorandum. All small businesses shall label all invoices as "Small Business."<br><br>Additionally, in accordance with OMB Memorandum, M-12-16, all prime contractors are encouraged to disburse funds received from the Federal Government to their small business subcontractors in a prompt manner. To assist prime contractors in expediting contractor payments to small business subcontractors, Agencies shall, to the full extent permitted by law, temporarily establish an earlier, accelerated date for making agency payments to all prime contractors. Consistent with OMB Memorandum M-11-32 above, Agencies shall have a goal of paying all prime contractors within 15 days of receiving proper<br>Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Exhibit C-1

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>V797D-30227/HH  45201601711G | | | | PAGE<br>12 | OF<br>12 |
|---|---|---|---|---|---|---|
| **NAME OF OFFEROR OR CONTRACTOR**<br>VISTA STAFFING SOLUTIONS INC 298265 | | | | | | |

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | documentation. In an effort to support small business growth, drive economic activity and job creation, the Contractor is encouraged to accelerate payments to their small business subcontractors.<br><br>In accordance with the requirements of the Debt Collection Improvement Act of 1996, all payments under this order will be made by electronic funds transfer (EFT). The Contractor shall provide financial institution information to the Finance Office designated above in accordance with FAR 52.232-33 Payment by Electronic Funds Transfer - Central Contractor Registration.<br><br>The total amount of award: $785,850.00. The obligation for this award is shown in box 26. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Exhibit C-1

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES 1 / 2 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0010 | 06/01/2016 | | |

| 6. ISSUED BY | CODE 29 | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Navajo Area Office<br>PO Box 9020<br>Window Rock AZ 86515 | | | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

VISTA STAFFING SOLUTIONS INC 298265
VISTA STAFFING SOLUTIONS, INC.
275 E 200 S
SALT LAKE CITY UT 841112002

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
HHSI245201300004I

CODE 298265    FACILITY CODE

10B. DATED (SEE ITEM 13)
01/30/2013

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended.  ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority): FAR 17.204 (d) Contracts |

E. IMPORTANT:   Contractor   ☐ is not.   ☒ is required to sign this document and return   1   copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

LIST OF CHANGES:

Reason for Modification : Other Administrative Action

Extension of Contract: From 2016-05-31 To 2016-07-31

Total Amount for this Modification: Changes the Contract Maximum Order Amount increase by $315,120.56, From $2,947,348.72 to New Total Maximum Order Amount for this Award: $3,262,469.28

Total Amount for this Modification: Changes the Contract Ceiling Amount increase by $315,120.56, From $5,264,456.32 to New Total Maximum Order Amount for this Award: Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | MARGARET J. SHIRLEY-DAMON |
| 15B. CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA |
| _____<br>(Signature of person authorized to sign) | *Margaret Shirley-Dn*<br>(Signature of Contracting Officer) |
| 15C. DATE SIGNED | 16C. DATE SIGNED<br>08/17/2016 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Exhibit C-1

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HHSI245201300004I/0010 | | | | PAGE 2 | OF 2 |
|---|---|---|---|---|---|---|
| NAME OF OFFEROR OR CONTRACTOR<br>VISTA STAFFING SOLUTIONS INC 298265 | | | | | | |

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | $5,579,576.88<br><br>New Total Amount for this Award: $7,942,981.08<br><br>Contracting Officer changed from PRISCILLA DUNCAN to MARGARET J SHIRLEY-DAMON<br><br>Discount Terms: IHS NET 30<br>Payment:<br>    IHSNAVAJO<br>    P.O. BOX 9020<br>    WINDOW ROCK AZ 86515<br>FOB: Destination<br>Period of Performance: 02/01/2013 to 07/31/2016 | | | | |
| 5 | ==Extension of Contract: June 1, 2016 through July 31, 2016==<br><br>80%:<br>$157,560.28 per month x 2 months = $315,120.56<br><br><br>All other contract terms remain in full effect. | | | | |