IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHARLES JAMES ATCITTY,**

      **Plaintiff,**

                                                                                                  No. 1:20-cv-00515-DHU/DLM

**v.**

**THE UNITED STATES OF AMERICA,**

      **Defendant.**

### NOTICE OF EXTENSION OF RESPONSE DEADLINE

Pursuant to D.N.M.LR-Civ 7.4(a), Plaintiff hereby provides notice that the parties have agreed to an extension of time for Plaintiff to file his Responses to Defendant's Motion to Dismiss for Lack of Jurisdiction or in the alternative for Summary Judgment (Doc. 62) and Defendant's Motion for Leave to File Excess Pages of Exhibits for Motion to Dismiss (Doc. 63). Plaintiff will file his Response briefs no later than Friday, October 6, 2023.

                                                      Respectfully submitted,

                              by:    /s/ Joseph M. Romero
                                     Joseph M. Romero, Esq.
                                     Attorney at Law
                                     P.O. Box 27579
                                     Albuquerque, NM 87125
                                     (505) 433-1642
                                     joe@romerolawnm.com

I certify that a true copy of the foregoing pleading was filed and served upon opposing counsel via CM/ECF on the 21st day of September, 2023.

By:    /s/Joseph M. Romero
       Attorney for Plaintiff