IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES JAMES ATCITTY,

    Plaintiff,

v.                                                    No. 1:20-cv-0515 DHU/DLM

THE UNITED STATES OF AMERICA,

    Defendants.

### ORDER SETTING STATUS CONFERENCE AND EXTENDING LIMITED DISCOVERY DEADLINES

**THIS MATTER** comes before the Court following a hearing. (*See* Doc. 90.) The Court finds as follows.

**IT IS ORDERED** that the limited discovery deadlines set out in the September 9, 2024 Opinion (Doc. 83) are extended as follows:

- Written discovery shall be completed (served and responded to) no later than **March 12, 2025**;
- All depositions shall be completed no later than **May 12, 2025**;
- Defendant's dispositive motion shall be filed no later than **June 12, 2025**, with the response brief due no later than 14 days after the motion.

All other provisions of the September 9, 2024 Opinion regarding discovery remain unchanged. (*See* Doc. 83 at 21.)

**IT IS FURTHER ORDERED** that the Court will conduct a telephonic Status Conference on **May 8, 2025, at 9:00a.m. MDT** to discuss setting a settlement conference. Counsel shall call 855-244-8681 and enter access code 2314 983 7724 to be connected to the conference.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE