IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLES JAMES ATCITTY,

    Plaintiff,

v.                                                 No. 1:20-cv-0515 DHU/DLM

THE UNITED STATES OF AMERICA,

    Defendants.

## ORDER SETTING STATUS CONFERENCE AND EXTENDING LIMITED DISCOVERY DEADLINES

**THIS MATTER** is before the Court following a status conference. (*See* Doc. 90.) Having notice that the parties have not started the limited discovery allowed in the Court's January 3, 2025 Order (Doc. 93), the Court finds as follows.

**IT IS ORDERED** that the limited discovery deadlines set out in the September 9, 2024 Opinion (Doc. 83) are extended **one final time** as follows:[1]

- All depositions *and* written discovery shall be completed (served and responded to) no later than **September 5, 2025**;

- Defendant's dispositive motion shall be filed no later than **October 24, 2025**, with the response brief due no later than **14 days** after the motion.

**IT IS FURTHER ORDERED** that the Court will conduct a telephonic Status Conference on **August 6, 2025, at 9:30a.m. MDT** to discuss setting a settlement conference. Counsel shall call **855-244-8681** and enter access code **2317 194 3997** to be connected to the conference.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

---

[1] All other provisions of the September 9, 2024 Opinion regarding discovery remain unchanged. (*See* Doc. 83 at 21.)