IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES JAMES ATCITTY,

    Plaintiff,

vs.                                                              No. 1:20-cv-00515-DHU-DLM

UNITED STATES OF AMERICA,

    Defendant.

## <u>TRIAL NOTICE</u>

**PLEASE TAKE NOTICE** that the above entitled action is hereby set for **JURY TRIAL** on *Monday, July 06, 2026 at 9:00 a.m*., before the Honorable David Herrera Urias, at the Pete v. Domenici, United States Courthouse, Mimbres Courtroom–4th Floor, 333 Lomas, N.W., Albuquerque, New Mexico.   Pretrial dates and deadlines are set forth in the table below:

| Event | Date/Deadline |
|---|---|
| Trial (trailing docket) | July 6, 2026 |
| Calendar Call | Thursday, June 18, 2026 @ 1:30 p.m. |
| Motions in Limine | Monday, June 08, 2026 |
| Response to Motions in Limine | Monday, June 15, 2026 |
| Motions to Continue | Monday, June 22, 2026 |
| Jury Instruction and Exhibit/Witness Lists | Monday June 22, 2026 |
| Voir Dire | Monday, June 22, 2026 |
| Pretrial Order | Plaintiff to Defendant: June 08, 2026 Defendant to Court: June 22, 2026 |

Counsel are directed to comply with the trial preparation instructions set forth in the attachment. This and other useful information may also be obtained by visiting the Honorable David Herrera Urias Chambers Page: www.nmcourt.fed.us.

                                                       /s/
_____

MITCHELL R. ELFERS
Clerk of Court


For Inquiries regarding this notice please call the Courtroom Deputy to Judge Urias at 505-348-2263.