**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CHARLES JAMES ATCITTY,

      Plaintiff,

    v.                            **No. 1:20-cv-00515-DHU-DLM**

THE UNITED STATES OF AMERICA,

      Defendant.

## NOTICE OF COMPLETION

Defendant United States of America hereby gives notice pursuant to D.N.M.LR-Civ. 7.4(e), that briefing of Defendant's Supplemental Motion to Dismiss or in the Alternative Motion for Summary Judgment is fully briefed and ready for the Court's consideration.  Briefing consists of the following:

1.    Defendant's Supplemental Motion to Dismiss or in the Alternative Motion for Summary Judgment (Doc. 111, filed 1/12/26);

2.    Plaintiff's Response (Doc. 114, filed 2/17/26); and

3.    Defendant's Reply (Doc. 119, filed 3/31/26).

                Respectfully submitted,

                TODD BLANCHE
                Deputy Attorney General
                RYAN ELLISON
                First Assistant United States Attorney

                */s/ Roberto D. Ortega 3/31/26*
                ROBERTO D. ORTEGA
                Assistant United States Attorney
                201 3rd St., NW, Suite 900
                Albuquerque, New Mexico 87102
                (505) 224-1519 Fax: (505) 346-7205
                Roberto.Ortega@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2026, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Roberto D. Ortega 3/31/2026
ROBERTO D. ORTEGA
Assistant United States Attorney