**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CHARLES JAMES ATCITTY,

Plaintiff,

v. No. 1:20-cv-0515 DHU/DLM

THE UNITED STATES OF AMERICA,

Defendants.

**ORDER**

**THIS MATTER** is before the Court following a status conference. (Doc. 142.) Pursuant to the discussion at that status conference, the Court finds the following order should be entered:

**IT IS ORDERED** that Plaintiff shall provide an updated settlement offer to Defendant no later than **October 16, 2026**.

**IT IS FURTHER ORDERED** that the Court will conduct a status conference to set a settlement conference on **January 14, 2027, at 9:30a.m. MST.** Counsel and pro se parties shall call **855-244-8681** and use access code **2317 194 3997** to be connected.

**IT IS SO ORDERED.**

DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE